THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Weldon W. Stewart, Jr.,       
Appellant.
 
 
 

Appeal From Marlboro County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2005-UP-284
Submitted April 1, 2005  Filed April 20, 2005

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz III, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  Weldon W. Stewart, Jr., appeals his conviction of voluntary manslaughter, arguing the trial court erred in refusing to charge the jury on the law of involuntary manslaughter.  Stewart filed a motion for an extension of time to file a pro se brief, which was promptly granted.  As of the date of this opinions filing, however, Stewarts pro se brief, which was due on March 30, 2005, has not been received by this court and will therefore not be considered.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we conclude Stewarts appeal lacks merit. We therefore dismiss the appeal under Rule 220(b)(2), SCACR, and grant counsels motion to be relieved.[1] 
 APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.